IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID ALBERT MONROE,

    Petitioner,

  v.

VINCENT C. CULLEN, Warden,

    Respondent.
   /

No. C 11-00018 CW (PR)

ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS; DENYING CERTIFICATE OF APPEALABILITY

    Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2254 challenging as a violation of his constitutional rights the 2009 decision to deny him parole by the California Board of Parole Hearings (Board). Petitioner specifically claims that the decision does not comport with due process because it is not supported by some evidence demonstrating that he poses a current unreasonable threat to the public.

    In the context of parole, a prisoner subject to a parole statute similar to California's receives adequate process when he is allowed an opportunity to be heard and is provided with a statement of the reasons why parole was denied. Swarthout v. Cooke, No. 10-333, slip op. at 4-5 (U.S. Jan. 24, 2011). The attachments to the petition show Petitioner received at least this amount of process. The Constitution does not require more. Id. at 5.

    Whether Board's decision was supported by some evidence of current dangerousness is irrelevant in federal habeas. The Supreme Court has made clear that "it is no federal concern . . . whether California's 'some evidence' rule of judicial review (a procedure

beyond what the Constitution demands) was correctly applied."  <u>Id.</u> at 6.

    For the foregoing reasons, the petition for a writ of habeas corpus is DENIED.  And pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability (COA) under 28 U.S.C. § 2253(c) is DENIED because it cannot be said that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).  Petitioner may seek a certificate of appealability from the Ninth Circuit Court of Appeals.

    Petitioner's application to proceed <u>in forma pauperis</u> is GRANTED.

    The Clerk of the Court shall enter judgment in favor of Respondent, terminate all pending motions, and close the file.

    IT IS SO ORDERED.

Dated: 2/7/2011

                                                                _____
                                                                 CLAUDIA WILKEN
                                                                 UNITED STATES DISTRICT JUDGE

<div style="margin-left: 2em; font-style: italic;">United States District Court<br>For the Northern District of California</div>

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID ALBERT MONROE,

    Plaintiff,

v.

VINCENT C. CULLEN et al,

    Defendant.

Case Number: CV11-00018 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Albert Monroe K-96649
San Quentin State Prison
San Quentin, CA 94974

Dated: February 7, 2011

                        Richard W. Wieking, Clerk
                        By: Nikki Riley, Deputy Clerk